ORIGINAL

FILED

12/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0736

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0736

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

PAYTON NICHOLE SALEVA,

    Defendant and Appellant.

**ORDER**

Payton Nichole Saleva moves this Court for appointment of counsel. As grounds, she states that she was convicted of a crime for which incarceration is a possibility and that she is financially unable to afford to retain private counsel.

We secured a copy of the sentencing judgment. On November 29, 2024, the Eighth Judicial District Court, Cascade County, committed Saleva to the Department of Corrections for a suspended, five-year term for burglary. Court-appointed counsel represented Saleva.

Saleva has a recent conviction and sentence. She may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Saleva's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. The Appellate Defender Division shall order any other necessary transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division, counsel of record, and Payton Nichole Saleva personally.

DATED this 20 day of December, 2024.

For the Court,

By _____
Chief Justice